# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Berwyn Robinson, | JUDGMENT IN CASE |
| Plaintiff(s), | 5:18-cv-00073-MR |
| vs. | |
| Alexander Correctional Institution, **et al** | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 22, 2020 Order.

June 22, 2020

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court